UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

SEDRIC L. JOHNSON,

    Plaintiff,

vs.

EXPERIAN INFORMATION SERVICES, INC.,

    Defendant.

_____/

CASE NO.:_____



FILED BY _____ D.C.

JUL 17 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## COMPLAINT FOR DAMAGES

Plaintiff, Sedric L. Johnson alleges as follows:

**The Parties:**

1. At all times herein after mentioned, Plaintiff, Sedric L. Johnson, is and was a resident of Boca Raton, Florida.

2. Defendant, Experian Consumer Services, Inc., (hereinafter "Experian") is a foreign limited liability company with a principal office address in California. Experian is a consumer reporting agency, as defined in section 1681(f) of the FCRA, regularly engaged in the business of assembling, evaluating and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined in section 1681(d) of the FCRA, to third parties. Experian regularly conducts these business activities in the Southern District of Florida by providing credit reports and other products to consumers and businesses in the Southern District of Florida and elsewhere.

3. Defendant, Experian, is a Foreign Corporation doing business in Florida and has designated as a registered agent: CT Corporation System, 350 N. St. Paul Street, Dallas, Tx. 75201.

**Jurisdiction:**

4. The Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681 et seq., the "Fair Credit Reporting Act (FCRA) and 15 U.S.C. §§ 1692, 1692p "Fair Debt Collection Practices Act" (FDCPA).

**Defendant's Statutory Violations:**

5. The Defendants reported and maintained derogatory information about Plaintiff in its files and records.

6. The Defendants also reported and continues to report derogatory and false information about Plaintiff to consumer reporting agencies (credit bureaus) as defined by 15 U.S.C. § 1681a, creditors and businesses.

7. Plaintiff has disputed the accuracy of the derogatory information being maintained and reported by the Defendants to the Consumer Reporting Agencies, Experian, Transunion and Equifax on different separate occasions, yet Defendants failed to correct its records nor notify the other Credit Agencies (Ex. "A").

8. The Defendants did not respond to Plaintiff's letters of dispute by providing evidence of the alleged debts and delinquencies to Plaintiff nor to the Consumer Reporting Agencies, Transunion or Equifax or to creditors and businesses.

9. Plaintiff advised Defendant(s) it was confusing his child support situation with that of Courtney Similien, a woman Plaintiff fathered children with, and she was the person that owed Plaintiff and/or the Florida Department of Revenue for child support and has been late on her support payments to Plaintiff and/or the Florida Department of Revenue and not the other way around.

10. Yet, the Defendant(s) have been unlawfully reporting the derogatory and negative information of Courtney Similien regarding her late payments to Plaintiff and/or Florida Department of Revenue on/in Plaintiff's credit report.

11. The disseminating of this negative and false information has unjustly painted a picture depicting Plaintiff as a "Dead-beat Dad," which is boldly being reflected in his credit report.

12. Defendants did not notify Plaintiff of any determination that Plaintiff's dispute was frivolous within 5 days required by 15 U.S.C. § 1681s-2 nor at any time.

13. Defendants did not provided notice of this disputed matter to the credit bureaus and is therefore in violation of 15 U.S.C. § 1681s-2 which requires this notice.

14. Defendants has failed to comply with 15 U.S.C. § 1692g in that it has not within 5 days of Plaintiff's initial communication sent Plaintiff written documentation of the amount of the debts, the name of the original creditors nor other information required by the Fair Credit Reporting Act.

15. Defendants failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff within the 30-day period as required by 15 U.S.C. § 1681.

16. Defendants willfully failed to conduct a reinvestigation after Plaintiff submitted undisputed proof that the debts in question are not his, and belongs to Courtney Similien, thereby violating Plaintiff's right to reasonable investigation under the Fair Credit Reporting Act.

17. Plaintiff has been denied employment possibilities because of the Defendants' willful false reporting of negative information to the three credit bureaus.

18. Plaintiff has and continues to suffer great financial loss because of the deliberate false reporting of derogatory information by the Defendants.

19. Plaintiff ability to obtain new credit has been hampered as a direct result of the Defendants' false reporting of derogatory information to the credit bureaus and Plaintiff's credit score was drastically decreased because of the Defendant's false reporting.

20. Because of Defendants' willful violations of statutory standards Plaintiff has and continues to suffer mental distress, stress, emotional distress, nausea, anxiety, and constipation.

21. Because of Defendant's willful violations of statutory standards Plaintiff suffered and continues to suffer mental distress resulting in headaches, indigestion, and fitful sleep.

**WHEREFORE**, Plaintiff seeks judgment against Defendant for willful noncompliance of the Fair Credit Reporting Act and the Fair Debt Collection Practices Act and seeks his statutory remedies as defined in 15 U.S.C. § 1681n and demands:

(a) $100,000 for actual damages;

(b) $500,000 in punitive damages;

(c) Permanent injunction against the Defendant from reporting derogatory information about Plaintiff to Consumer Reporting Agencies (Credit Bureaus);

(d) Permanent injunction against Defendant for selling the alleged debts to any other party;

(e) cost for bring suit and attorney's fees;

(f) Injunction against Defendant from further disseminating the negative information to any other bank, financial institution or any other business;

(g) any other relief the Court deems just.

Dated: July 17, 2024
Boca Raton, Fl. 33433

_____
SEDRIC L. JOHNSON

5580 Pacific Boulevard, Apt. 522
Boca Raton, Fl. 33433
(561) 714-8162
sedserver@bellsouth.net

5