UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80864-CIV-DIMITROULEAS

SEDRIC L. JOHNSON,

    Plaintiff,

vs.

EXPERIAN INFORMATION SERVICES, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Court's October 4, 2024 Order to Show Cause for Failure to File a Joint Scheduling Report. [DE 11].

This Court's July 18, 2024 Order directed the parties to file a Joint Scheduling Report and Joint Proposed Order within thirty-five (35) calendar days of the filing of the first responsive pleading by the last responding defendant. See [DE 5]. Defendant filed its answer on August 29, 2024. See [DE 9]. However, the parties failed to file a Joint Scheduling Report. Therefore, on October 4, 2024, the Court entered an Order to Show Cause ordering the parties to either file a joint scheduling report or show cause why this case should not be dismissed on or before October 15, 2024. *See* [DE 11]. The Court warned that a failure to timely file a joint scheduling report or to show cause as required in the Order would result in dismissal of the case. *See* [DE 11]. There has been no timely response to the Order to Show Cause [DE 11] nor have the parties filed a joint scheduling report.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice** for failure to follow the Court's Orders; and

2. The Clerk is directed to **CLOSE** this case.

3. The Clerk shall mail a copy of this order to Plaintiff

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of October, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Sedric L. Johnson, *pro se*
5580 Pacific Boulevard, Apt 522
Boca Raton, FL 33433